## FOURTH DEPARTMENT, NOVEMBER, 1957

### (September 18, 1957)*

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL ASKEW, Amended to LAVENDER TINCH, Appellant.— Motion to amend record on appeal denied. Memorandum: The motion papers show that an order to amend the record has already been made by the Erie County Judge.

### (September 23, 1957)*

■ In the Matter of the PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT M. BLAKNEY et al., Petitioners, against CHARLES B. BRASSER, as a Justice of the Supreme Court, et al., Respondents.— Petitioners' motion dismissed as academic. Petitioners' oral application made on September 17, 1957 for withholding decision on July 10, 1957 motion, denied.

## FOURTH DEPARTMENT, NOVEMBER, 1957

### (November 8, 1957)*

■ In the Matter of the PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT M. BLAKNEY et al., Petitioners, against CHARLES B. BRASSER, as a Justice of the Supreme Court, et al., Respondents.— Motion to vacate order entered September 23, 1957 and for other relief denied.

## FIRST DEPARTMENT, OCTOBER, 1958

### (October 2, 1958)

■ In the Matter of ARTHUR P. McNULTY, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and KENNETH V. WAGENBACH et al., Intervenors-Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente, and McNally, JJ.

■ In the Matter of the Accounting of HANOVER BANK, as Trustee under the Will of COLLIS P. HUNTINGTON, Deceased, Respondent. ANNA H. HUNTINGTON et al., as Executors of ARCHER M. HUNTINGTON, Deceased, et al., Appellants; SECURITY-FIRST NATIONAL BANK OF LOS ANGELES, as Surviving Executor and Trustee of HENRY E. HUNTINGTON, Deceased, et al., Respondents.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Frank, McNally, Stevens and Bergan, JJ.

■ In the Matter of the INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Respondent, against NATIONAL PLASTIKWEAR FASHIONS, INC.; HARRY I. GREENE, Appellant.— Motion for leave to reargue or, in the alternative, for leave to appeal to the Court of Appeals on certified questions is dismissed and the motion in all other respects is denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin and Valente, JJ.

---

*Not published with other decisions of Sept. 18, 1957, 4 A D 2d 848, Sept. 23, 1957, 4 A D 2d 851, and Nov. 8, 1957, 4 A D 2d 997.— [REP.